Laurent R.G. Badoux (AZ SBN: 020753)
lbadoux@buchalter.com
BUCHALTER,
A Professional Corporation
16435 N. Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Telephone: 480.383.1800
Facsimile: 480.824.9400

Tracy A. Warren (Cal. SBN: 228013) (subj. to pro hac vice adm.)
twarren@buchalter.com
Richard A. Waltman (Cal. SBN:  306463) (subj. to pro hac vice adm.)
rwaltman@buchalter.com
BUCHALTER,
A Professional Corporation
655 W. Broadway, Suite 1625
San Diego, CA  92101
Telephone: 619.219.5335

*Attorneys for Defendants Xenia Hotels and Resorts, Inc., XHR Phoenix Palms, LLC, and XHR Scottsdale Ranch, LLC*

J. Christian Word (VA SBN: 46008) (subj. to pro hac vice adm.)
christian.word@lw.com
LATHAM & WATKINS, LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: 202.637.2223

*Co-Counsel for Defendants Xenia Hotels and Resorts, Inc., XHR Phoenix Palms, LLC, and XHR Scottsdale Ranch, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, an individual, | Case No. |
| Plaintiff, *pro se*, | |
| v. | **NOTICE OF REMOVAL** |
| Xenia Hotels and Resorts, Inc., a foreign corporation; XHR Phoenix Palms, LLC dba Royal Palms Hotel; XHR Scottsdale Ranch, LLC dba Hyatt Regency Scottsdale Resort and Spa at Gainey Ranch, | |
| Defendants. | |

BUCHALTER
A PROFESSIONAL CORPORATION
SCOTTSDALE

**TO: THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA:**

PLEASE TAKE NOTICE THAT Defendants Xenia Hotels and Resorts, Inc., XHR Phoenix Palms, LLC, and XHR Scottsdale Ranch, LLC (together "Defendants"), hereby remove to this Court the state court action described below. Defendants are party to a civil action that *in pro se* Plaintiff Peter Strojnik ("Plaintiff") commenced on June 29, 2020 in the Superior Court of the State of Arizona, County of Maricopa, entitled *Peter Strojnik v. Xenia Hotels and Resorts, Inc., a foreign corporation; XHR Phoenix Palms, LLC dba Royal Palms Hotel; XHR Scottsdale Ranch, LLC dba Hyatt Regency Scottsdale Resort and Spa at Gainey Rach,* as case number CV2020-054116 (the "State Court Action"). True and correct copies of all pleadings and other documents that have been filed to date in the State Court Action are attached hereto as Exhibit "A".

1.     Formal service of process of the Complaint from the State Court Action was completed upon Defendants on June 30, 2020.  Under 28 U.S.C. § 1446(b) and Rule 6 of the Federal Rules of Civil Procedure, Defendant's removal is timely filed and served within thirty (30) days.

2.     This Court has original jurisdiction over this matter under 28 U.S.C. § 1331, as the Complaint specifically alleges a violation of a federal statute (Americans with Disabilities Act and the Securities Exchange Act), and this Court has supplemental jurisdiction over the non-federal claims in the state court action pursuant to 28 U.S.C. § 1367(a).

3.     Defendants previously filed a copy of this Notice of Removal of Civil Action in the State Court Action, as required by 28 U.S.C. § 1446(d) and Local Rule of Civil Procedure 3.6(a) for the District of Arizona.  Pursuant to Rule 5(d) of

BUCHALTER
A PROFESSIONAL CORPORATION
SCOTTSDALE

**NOTICE OF REMOVAL**
BN 41306466v3

the Federal Rules of Civil Procedure, Defendants have attached a copy of the Certificate of Service of their Notice to Adverse Parties of Removal to Federal Court filed in the State Court Action, which Notice attaches this Notice of Removal of Civil Action as an exhibit.

DATED:  July 20, 2020               **BUCHALTER,**
                                    **A PROFESSIONAL CORPORATION**


                          By: */s/ Laurent R.G. Badoux*
                                    Laurent R.G. Badoux
                                    *Attorneys for Defendants Xenia Hotels*
                                    *and Resorts, Inc., XHR Phoenix Palms,*
                                    *LLC, and XHR Scottsdale Ranch, LLC*

ORIGINAL filed this 20th day
of July 2020, with:

CLERK OF THE UNITED STATES DISTRICT COURT
401 W. Washington St.
Phoenix, AZ  85003

COPY of the foregoing mailed this
20th day of July 2020, to:

Peter Strojnik, *pro se*
7847 N. Central Avenue
Phoenix, Arizona 85020
 *Plaintiff*


By:   */s/ Lori Harpel*

NOTICE OF REMOVAL
BN 41306466v3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**VERIFICATION**

I, Laurent R.G. Badoux, am counsel for *Defendants Xenia Hotels and Resorts, Inc., XHR Phoenix Palms, LLC, and XHR Scottsdale Ranch, LLC,* seeking to remove the State Court Action to this Court.  I affirm, under penalty of perjury, that the attached Exhibit "A" contains true and complete copies of all pleadings and other documents filed in the State Court Action.

 */s/ Laurent R.G. Badoux*
Laurent R.G. Badoux